IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-CR-247-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JULIAN RAVON WILKINS, ) | |
| ) | |
| Defendant. ) | |

On July 25, 2022, Julian Lavone Wilkins filed a motion for early release to home confinement. See [D.E. 37]. The Bureau of Prisons ("BOP") gets to decide whether Wilkins will serve his imprisonment in home confinement. See 18 U.S.C. §§ 3621(b), 3624(c). If Wilkins is not satisfied with the BOP's decision, Wilkins may seek judicial review.

In sum, Wilkins's motions for placement in home confinement [D.E. 37] is DENIED without prejudice.

SO ORDERED. This _30_ day of September, 2022.

JAMES C. DEVER III
United States District Judge